**SHAKED LAW GROUP, P.C.**
44 Court Street, Suite 1217
Brooklyn, New York 11201
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
RASHETA BUNTING, Individually and as the
representative of a class of similarly situated persons,

                           Case No.   1:18-4792-NGG-SJB

           Plaintiff,

           - against -

PIKOLINOS USA, CORP.,

           Defendant.
----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Rasheta Bunting, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i) hereby provides notice of voluntary dismissal, with prejudice and without costs, of the above-referenced matter against Pikolinos USA, Corp.  No Answer has been filed in this case.

Dated: Brooklyn, New York
       November 23, 2018

                                     SHAKED LAW GOUP, P.C.
                                     Attorneys for Plaintiff

                                     By:*/s/Dan Shaked*
                                       Dan Shaked (DS-3331)
                                       44 Court St., Suite 1217
                                       Brooklyn, NY 11201
                                       Tel. (917) 373-9128
                                       Fax (718) 704-7555
                                       e-mail: ShakedLawGroup@Gmail.com

*So ordered.*

s/Nicholas G. Garaufis

12/3/18